IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MEKEISHA RAMSEY** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) 1:16-CV-01041-RWS |
| v. | ) |
| | ) |
| **GEORGIA LONG TERM CARE** | ) |
| **AND CONSULTING, P.C.,** | ) |
| **ANDREW TERRENCE FRINKS,** | ) |
| **M.D., and YOLANDA FRINKS,** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Approval of Settlement, it is hereby ADJUDGED AND ORDERED:

1. The settlement is deemed fair and reasonable to all parties, and it is hereby approved by the Court.

2. Plaintiff's claims are hereby dismissed with prejudice, and the parties shall bear their own costs and attorneys' fees unless stated otherwise in the Settlement Agreement.

3. This Court shall retain jurisdiction to enforce this Stipulation of Dismissal and the Settlement Agreement made by the parties.

DONE AND ORDERED in Chambers this ___24th___ day of October, 2016.

RICHARD W. STORY
U.S. DISTRICT JUDGE